# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-01668-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| LEWIS, et al., | |
| Defendants. | |

Presently before the court is plaintiff Lausteveion Johnson's motion to exclude this case from the court's inmate early mediation program (ECF No. 8), filed on August 7, 2018. Defendant James Dzurenda filed a response (ECF No. 9), filed on August 13, 2018. Plaintiff did not file a reply.

Having read and considered the parties' arguments, and given the nature of Mr. Johnson's allegations, the court finds that holding a mediation at this stage of the case would not be in the interests of judicial efficiency. The court therefore will cancel the upcoming mediation scheduled for September 7, 2018, at 8:30 a.m.

IT IS THEREFORE ORDERED that plaintiff Lausteveion Johnson's Motion to Exclude Case from Early Mediation (ECF No. 8) is GRANTED.

IT IS FURTHER ORDERED that the court's order (ECF No. 10) setting the inmate early mediation conference is VACATED.

IT IS FURTHER ORDERED that the inmate early mediation conference set for September 7, 2018, at 8:30 a.m. is VACATED.

IT IS FURTHER ORDERED that the clerk of court must serve a copy of this order on Andrew Craner, Esq., the mediator in this case.

DATED: August 23, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE