ADAM PAUL LAXALT
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda and Joseph Lewis*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>LEWIS, *et al.*,<br><br>        Defendants. | Case No. 2:17-cv-01668-JAD-CWH<br><br>**DEFENDANT DZURENDA AND LEWIS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendants James Dzurenda and Joseph Lewis, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby move for a forty-five (45) day extension of time to respond to Plaintiff's Complaint. Defendants' motion is made and based on Rule 6 of the Federal Rules of Civil Procedure, the following memorandum of points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    BACKGROUND**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. section 1983. ECF No. 1-1. Plaintiff filed his Complaint in on June 8, 2017, while in the custody of the Nevada Department of Corrections (NDOC). ECF NO. 1-1.

. . .

On July 18, 2018, the Court issued its Screening Order. ECF No. 5. Pursuant to the Screening Order, Plaintiff was allowed to proceed on the following claims:

- Retaliation claim against Willis, Lewis, Gentry, Adams, and Dzurenda alleging retaliatory force, false charges, and adjudication of a disciplinary proceeding.
- Free exercise/establishment claim alleging Willis required Plaintiff to proclaim "Jesus is God" to avoid disciplinary charges.
- Excessive force claim alleging Willis slammed Plaintiff's head in a steel gate.
- Conditions of confinement claim against Lewis, Gentry, Adams, and Dzurenda alleging placement of mentally ill inmate in disciplinary segregation for sixty (60) days without sensory stimulation.
- Americans With Disabilities Act claim against Lewis, Gentry, Adams, and Dzurenda alleging failure to accommodate mental illness when placing Plaintiff in segregation without stimulation.
- Conditions of confinement claim against Willis, Dzurenda, and Gentry alleging they disabled prison gate safety features.
- Due process claim against Lewis, Gentry, and Dzurenda alleging denial of opportunity to call witness at a disciplinary hearing and lack of any evidence demonstrating he crossed a red line.
- Equal protection claim against Willis, Lewis, Gentry, and Dzurenda alleging Plaintiff faced disciplinary charges because he is a Muslim.

*See* ECF No. 6.

On August 24, 2018, the Court granted Plaintiff's motion to exclude the case from mediation. ECF NO. 11.

On August 29, 2018, the Court granted Plaintiff's application to proceed in pauper status and directed Defendants to file a response to the Complaint within ninety (90) days. ECF No. 12.

. . .

On September 12, 2018, the Office of the Nevada Attorney General entered an Acceptance of Service for Defendants Dzurenda and Lewis. ECF No. 13.

This motion for an extension of time to file a Response to Plaintiff's Complaint follows.

## II. APPLICABLE LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

## III. ARGUMENT

Defendants submit that good cause exists to extend the time to respond to Plaintiff's Complaint. Defendants' response is currently due October 29, 2018. Since the Court issued its August 29 order, the undersigned has completed an initial review of the Complaint and collected certain records pertaining to this matter. However, the undersigned has been unable to complete a response due to his responsibilities to meet deadlines in other cases. *See* Exhibit 1 (Declaration of Counsel). In addition, this case is of moderate complexity given the numerous defendants, occurrences, and legal theories that survived the screening order. Defendants therefore request an extension of forty-five (45) days, or until December 13, 2018, to file a Response to Plaintiff's Complaint.

DATED this 29th day of October, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ Jared M. Frost
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: Dec 06, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on October 29, 2018, I electronically filed the foregoing document via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, addressed to the following:

Lausteveion Johnson, #82138
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
*Plaintiff, Pro Se*

/s/ Traci Plotnick
Traci Plotnick, an employee of the
Office of the Nevada Attorney General

# EXHIBIT 1

Declaration of Counsel

# EXHIBIT 1

```
 1  ADAM PAUL LAXALT
      Attorney General
 2  JARED M. FROST (Bar No. 11132)
      Senior Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada  89101
 5  (702) 486-3177 (phone)
    (702) 486-3773 (fax)
 6  Email:  jfrost@ag.nv.gov

 7  Attorneys for Defendants
    James Dzurenda and Joseph Lewis
 8
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| LAUSTEVEION JOHNSON,<br><br>              Plaintiff,<br><br> v.<br><br>LEWIS, *et al.*,<br><br>              Defendants. | Case No. 2:17-cv-01668-JAD-CWH<br><br>**DECLARATION OF COUNSEL** |
|---|---|

I, JARED M. FROST, hereby declare, based on personal knowledge and/or information and belief, that the following assertions are true:

1.  I am a Senior Deputy Attorney General employed by the Nevada Attorney General in the Litigation Division, and I make this declaration in support of Defendants' motion to extend the time in which to file a Response to Plaintiff's Complaint filed in the above-referenced matter.

2.  Since Defendants were directed to respond to the Complaint on August 29, 2018, I have completed an initial review of the Complaint and collected certain prison records related to Plaintiff's allegations. However, I have been unable to complete the Response due to my responsibilities to meet deadlines in other cases.

3.  My responsibilities to meet recent deadlines in other cases during the past month include: *Jackson v. State of Nevada*, 2:16-cv-00995 (Reply regarding Motion for Protective Order and Response to Countermotions filed October 29, 2018; supplemental

discovery responses and records disclosure served October 22, 2018; Motion to Strike filed October 19, 2018; six supplemental discovery responses, records disclosure, and privilege log served October 12, 2018); *Prentice v. State of Nevada*, 2:18-cv-01801 (Response to motion regarding screening filed October 25, 2018; Status Report filed October 3, 2018); *Ross v. Sandoval*, 2:17-cv-02386 (Notices Of Compliance filed October 22, 2018); *Matlean v. Dzurenda*, 2:17-cv-01461 (Answer to Complaint filed October 19, 2018); *Rexroad v. Neven*, 2:17-cv-01629 (Acceptance of Service and Last Known Addresses filed October 18, 2018); *Rider v. Tristan*, 2:16-cv-02633 (Reply regarding Motion for Summary Judgment filed October 2, 2018).

4. In addition to the foregoing responsibilities, I have been assigned to develop new training materials for NDOC staff and serve as the Internship Coordinator for the Office of the Attorney General. These assignments have also contributed to my inability to complete a response during the relevant period.

5. This request is made in good faith and not for the purpose of delay.

Pursuant to 28 U.S.C. section 1746 Declarant certifies, under penalty of perjury, that the foregoing is true and correct.

DATED this 29th day of October, 2018.

        ADAM PAUL LAXALT
        Attorney General

        By: /s/ Jared M. Frost
           JARED M. FROST (Bar No. 11132)
           Senior Deputy Attorney General
           *Attorneys for Defendant*