# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LEWIS, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01668-JAD-CWH<br><br>**ORDER** |

On June 5, 2019, plaintiff Lausteveion Johnson filed a motion requesting that this case be dismissed. (Mot. to Voluntarily Dismiss (ECF No. 43); *see also* Reply (ECF No. 45) (where plaintiff clarifies that he intends to dismiss the entire action).) Defendants James Dzurenda and Joseph Lewis do not oppose the motion to dismiss, but request that the court retain jurisdiction over their pending discovery motions because the discovery requests remain relevant to plaintiff's related case. (Resp. (ECF No. 44).) Having reviewed defendants' request, the court declines to retain jurisdiction over the discovery motions. As such, all pending discovery motions are denied as moot, in light of plaintiff's motion to dismiss.

IT IS THEREFORE ORDERED that plaintiff's motion to extend (ECF No. 24) is DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion to revoke plaintiff's pauper status (ECF No. 25) is DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion to compel (ECF No. 35) is DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion to extend (ECF No. 38) is DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion to compel (ECF No. 39) is DENIED as moot.

DATED: June 28, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE